UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SUPREME WIRELESS, INC.

PLAINTIFF(S)

CASE NUMBER
0:17−cv−60534−KMM

v.

REDEFINED FINANCE GROUP, LLC, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Golden Heart, LLC d/b/a Discount Brokers**

as of course, on the date April 17, 2017.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Patrick Edwards*
Deputy Clerk

cc:  Chief Judge K. Michael Moore
     Supreme Wireless, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)