1425 50th Street

Brooklyn, N.Y. 11219

April 7, 2017

Clerk, U.S. District Court

Southern District of Florida

400 North Miami Ave.

Miami, Fl. 33128

FILED by ___ D.C.
APR 17 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Re: Supreme Wireless, Inc. v.

Redefined Finance Group, LLC et. al.

Civil Action No. 17-CV-60534-Moore/McAliley

Dear Sir,

On April 4, 2017 a friend of mine accepted service for me of a Summons and Complaint in the above case. I am 70 years old and am retired. I live on Social Security and have no other assets. I did not make a penny from the transactions described in the complaint which describes a civil RICO case.

I cannot afford to hire an attorney to defend me in this case so I am requesting that this Court appoint an attorney for me or I will have no other choice but to default because my education is very limited.

Thank you for your attention to this matter.

Very truly yours,

*Shimon Lev*
Shimon Lev

P.S. please be so kind and respond to my email address Shimonleva@yahoo.com

Shimon Lev
4855-54th street
Brooklyn NY 11219

7016 2710 0000 7635 4711

CERTIFIED MAIL

USMS SMG INSPECTED RECEIVED

Clerk U.S. District Court
Southern District of Florida
400 North Miami Ave
Miami Florida 33128

APR 17 2017 12:24 PM

U.S. POSTAGE PAID
BROOKLYN, NY 11219
APR 10 17
AMOUNT
$3.84
R2304M157111-20