UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-60534-KMM

SUPREME WIRELESS, INC.,

       Plaintiff,

vs.

REDEFINED FINANCE GROUP, LLC, EA COMMERCE, LLC, GOLDEN HEART, LLC d/b/a DISCOUNT BROKERS, INVEST TECHNICAL SERVICES, LLC, SHIMON LEV, VICTOR ELBEZE, DEREK W. EDWARDS, and DEIGHTON O. EDWARDS,

       Defendants.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF SIX DEFENDANTS

Plaintiff, SUPREME WIRELESS, INC., by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice that Plaintiff has voluntary dismissed without prejudice Defendants, REDEFINED FINANCE GROUP, LLC, EA COMMERCE, LLC, GOLDEN HEART, LLC d/b/a DISCOUNT BROKERS, INVEST TECHNICAL SERVICES, LLC, DEREK W. EDWARDS, and DEIGHTON O. EDWARDS from the above-captioned case

           */s/ Yechezkel Rodal*
           YECHEZKEL RODAL, ESQ.
           Florida Bar No.: 091210
           chezky@Rodallaw.com
           Rodal Law P.A.
           *Attorneys for Plaintiff*
           3201 Griffin Road, Ste. 203
           Dania Beach, Florida 33312
           Telephone:  (954) 367-5308
           Facsimile:   (954) 900-1208

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on July 7, 2017 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Golden Heart, LLC d/b/a Discount Brokers
C/O Northwest Registered Agent Services, Inc.
412 N. Main Street, Suite 100
Buffalo, WY 82834
*Sent via U.S. First Class Mail*

Shimon Lev
1425 59th Street
Brooklyn, New York 11219
Shimonlev2@yahoo.com
*Pro Se Defendant*
*Service by CM/ECF*

Lee Friedland, Esq.
Friedland & Associates, P.A.
707 NE 3rd Avenue, Suite 201
Fort Lauderdale, Florida 33301
Pleadings@yourfightourbattle.com
*Counsel for Victor Elbeze*
*Service by CM/ECF*

    Rodal Law, P.A.
    *Attorneys for Plaintiff*
    3201 Griffin Road, Ste. 203
    Dania Beach, Florida 33312
    Telephone: (954) 367-5308
    Facsimile: (954) 900-1208
    /s/Yechezkel Rodal_____
    Yechezkel Rodal, Esq.
    E-Mail: chezky@rodallaw.com